June 8, 2015

Michael Gowan
701757
Robertson Unit
12071 FM 3522
Abilene, TX 79601


REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 11 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Clerk
12th Court of Appeals
1517 W. Front St., Ste. 354
Tyler, TX 75702

RE: Kerry Max Cook v. State, No. 12-13-00058-CR

Dear Clerk,

Please advise me whether Mr. Cook filed PDR to the Court of Criminal Appeals in the above-referenced appeal? If yes, please provide me with the PDR number assigned to same.

Please also advise me whether you provide copy services of the brief on appeal and PDR brief. If yes, please give me copy fee quotes for same.

Thank you for your service and prompt response.

Sincerely,

Michael Gowan